HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANNE BLOCK, an individual, | CASE NO. C15-2018RSM |
| Plaintiff, | ORDER DENYING MOTION TO RECUSE |
| v. | |
| WASHINGTON STATE BAR ASSOCIATION, et al, | |
| Defendant. | |

THIS MATTER is before the Court on Plaintiff's Motion for Recusal of Judge Leighton [Dkt. #27].

Under 28 U.S.C. § 144 and 28 U.S.C. § 455, recusal of a federal judge is appropriate if a reasonable person with knowledge of all the facts would conclude that the judge's impartiality might reasonably be questioned. *Yagman v. Republic Insurance*, 987 F.2d 622, 626 (9th Cir. 1993). "In the absence of specific allegations of personal bias, prejudice, or interest, neither prior adverse rulings of a judge nor his participation in a related or prior proceeding is sufficient" to establish bias. *Davis v. Fendler*, 650 F.2d 1154, 1163 (9th Cir. 1981); *see also Liteky v. United States*, 510 U.S. 540, 555 (1994) ("judicial rulings alone almost never constitute valid basis for a bias or partiality motion.").

1       Plaintiff's allegations that Judge Leighton has read articles on Plaintiff's blog is patently

2  false.  The fact that Judge Leighton previously mentored one attorney who is a member of the

3  WSBA, that the Judge is a WSBA judicial member, has taught CLEs, and has spoken at WSBA

4  events, are not evidence of any bias or impropriety.  Contrary to Plaintiff's claims, the remaining

5  District Judges' mere WSBA membership does not impede their ability to preside impartially

6  over a case in which the bar association is a party.  Plaintiff has not raised any allegations that

7  would indicate a judge's "impartiality might *reasonably* be questioned."  28 U.S.C. § 455

8  (emphasis added).  If the motion were granted, it would delay the dismissal of this frivolous

9  action, resulting in further waste of the Court's and taxpayers' time and money.  Plaintiff's

10  motion is **DENIED.**

11       Dated this 3rd day of March, 2016.

Ronald B. Leighton
United States District Judge

ORDER DENYING MOTION TO RECUSE - 2