UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNE BLOCK, an individual,<br><br>                Plaintiff,<br><br>v.<br><br>WASHINGTON STATE BAR ASSOCIATION, et al,<br><br>                Defendants | No. 15-cv-02018-RSM<br><br>ORDER GRANTING DEFENDANTS' PORT OF SEATTLE, KALI MATUSKA, JULIA TANGA, SEAN GILLEBO AND JAMES TUTTLE'S JOINT MOTION FOR WITHDRAWAL & SUBSTITUTION OF COUNSEL |

This matter having come before the Court on *Defendants' Port of Seattle, Kali Matuska, Julia Tanga, Sean Gillebo and James Tuttle Joint Motion For Withdrawal & Substitution of Counsel*, and the Court having considered the Motion and argument,

And this Court finding itself fully informed:

HEREBY ORDERS that Paul M. Bintinger be permitted to withdraw as attorney of record for Defendants Port of Seattle, Kali Matuska, Julia Tanga, Sean Gillebo and James Tuttle in the above-referenced matter, and that attorney Shannon M. Ragonesi of Keating, Bucklin & McCormack, Inc., P.S. be substituted as counsel of record for Defendants Port of Seattle, Kali Matuska, Julia Tanga, Sean Gillebo and James Tuttle. Plaintiff is directed to serve all further pleadings and papers in this cause on Ms. Ragonesi of Keating, Bucklin & McCormack, P.S., 801 Second Avenue, Suite 1210, Seattle, Washington 98104

Dated: November 27, 2017.

*[signature]*

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING DEFS' JOINT MOTION FOR
WITHDRAWAL & SUBSTITUTION OF COUNSEL - 1

KEATING, BUCKLIN & MCCORMACK, INC., P.S.
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423

Presented by:

KEATING, BUCKLIN & McCORMACK, INC., P.S.

*/s/ Shannon M. Ragonesi*
Shannon M. Ragonesi, WSBA # 31951
Substituting Attorneys for Defendants


*/s/ Paul M. Bintinger*
Grant Weed, WSBA # 21914
Withdrawing Attorneys for Defendants

ORDER GRANTING DEFS' JOINT MOTION FOR
WITHDRAWAL & SUBSTITUTION OF COUNSEL - 2

**KEATING, BUCKLIN & MCCORMACK, INC., P.S.**
ATTORNEYS AT LAW
801 SECOND AVENUE, SUITE 1210
SEATTLE, WASHINGTON 98104-1518
PHONE: (206) 623-8861
FAX: (206) 223-9423