# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ANNE BLOCK, an individual,

    Plaintiff,

    v.

WASHINGTON STATE BAR ASSOCIATION, et al.,

    Defendants.

CASE NO. C15-2018RSM

ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte* after remand from the Ninth Circuit Court of Appeals. The Ninth Circuit vacated this Court's order as it related to imposition of a vexatious litigant pre-filing order imposed by this Court and remanded for further proceedings to assure that the correct procedure was followed. Specifically, the Ninth Circuit reiterated that prior to imposing a vexatious litigant pre-filing order, this Court must:

> (1) give litigants notice and an opportunity to oppose the order before it [is] entered; (2) compile an adequate record for appellate review, including a listing of all the cases and motions that led the district court to conclude that a vexatious litigant order was needed; (3) make substantive findings of frivolousness or harassment; and (4) tailor the order narrowly so as to closely fit the specific vice encountered.

Dkt. #213 at 3 (quoting *Ringgold-Lockhart v. City of Los Angeles*, 761 F.3d 1057, 1062 (9th Cir. 2014)) (citations and internal quotation marks omitted).

ORDER – 1

There is little question that the last three elements are satisfied. Prior to imposing its order, this Court noted that an adequate record for review had been assembled in support of the order. Dkt. #122 at 24 (incorporating Dkt. #48 at ¶ 3). The Court made substantive findings as to the frivolous and harassing nature of Plaintiff's repeated lawsuits.[1] *Id.* Lastly, the Court narrowly tailored its order to closely fit the vice encountered. *Id.* at 25–26. The Ninth Circuit, however, specifically noted that the record was unclear as to whether Plaintiff "had notice of the pre-filing order or an opportunity to oppose it." Dkt. #213 at 4. The only issue on remand is whether Plaintiff has been afforded adequate notice and an opportunity to respond prior to the Court imposing the vexatious litigant pre-filing order.

Accordingly, the Court finds and ORDERS that Plaintiff shall SHOW CAUSE within **thirty (30) days of this Order** why the Court should not reimpose the vexatious litigant pre-filing order vacated by the Ninth Circuit Court of Appeals. Plaintiff's response to this Order **shall not exceed twenty-four (24) pages**. No other responses or replies are permitted.

Dated this 10 day of June 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Court's finding as to the frivolous nature of this action were expressly affirmed by the Ninth Circuit in the context of the Court's award of attorneys' fees. Dkt. #213 at 3 ("The district court concluded that [Plaintiff's] claims were frivolous, and [Plaintiff] fails to demonstrate on appeal that the district court erred in so concluding. We therefore affirm.").

ORDER – 2