UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANNE BLOCK, an individual,

    Plaintiff,

  v.

WASHINGTON STATE BAR ASSOCIATION, et al.,

    Defendants.

CASE NO. C15-2018 RSM

MINUTE ORDER GRANTING EXTENSION OF TIME

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

The Ninth Circuit Court of Appeals previously vacated a vexatious litigant pre-filing order entered by the Court in this matter and issued a mandate on May 29, 2019. Dkt. #218. On June 10, 2019, this Court ordered Plaintiff to show cause, within 30 days, "why the Court should not reimpose the vexatious litigant pre-filing order." Dkt. #219.

On June 13, 2019, Plaintiff filed a Notice of Unavailability and Motion to Extend Time. Dkt. #220. Plaintiff represents that she is notifying the Court of her unavailability for the second time and that she will be unavailable from June 6, 2019, to August 12, 2019. Plaintiff requests until August 31, 2019, to respond to the Court's show cause order.

ORDER – 1

Plaintiff does not provide evidence that she filed a first notice of unavailability in this matter. Review of the docket in this matter does not reveal a notice of unavailability other than Plaintiff's current filing. Plaintiff did, however, file a notice of unavailability in another matter pending before Judge Martinez. *See Block v. Washington State Bar Ass'n*, No. C18-907RSM, Dkt. #70 (W.D. Wash. April 25, 2019). Plaintiff may not rely on filings she makes in other matters before this Court. Nevertheless, the Court finds good cause for granting Plaintiff an extension of time to respond to the Court's show cause order.

Accordingly, the Court finds good cause for an extension and GRANTS Plaintiff's request (Dkt. #220). Plaintiff shall respond to the Court's Order to Show Cause (Dkt. #219) no later than August 31, 2019.

Dated this 14th day of June 2019.

WILLIAM McCOOL, Clerk

By: /s/ Paula McNabb
Deputy Clerk

ORDER – 2