# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ANNE BLOCK, an individual,

Plaintiff,

v.

WASHINGTON STATE BAR ASSOCIATION, et al.,

Defendants.

CASE NO. C15-2018 RSM

MINUTE ORDER DENYING MOTION FOR RECONSIDERATION

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On June 13, 2019, Plaintiff filed a Notice of Unavailability that included an unnoted Motion to Extend Time representing to the Court that she would "not have access to email, telephone service, office deliveries, or mail" from June 6 to August 12, 2019. Dkt. #220. Plaintiff requested an extension of time to respond to the Court's pending Order to Show Cause, which the Court granted by Minute Order. Dkt. #221. On June 20, 2019, Gold Bar Defendants filed a Motion to Reconsider the Court's extension of time, informing the Court that despite Plaintiff's representations she continues to electronically file documents in a pending state court action. Dkt. #222.

ORDER – 1

Defendants correctly note that under this Court's Local Civil Rules, motions for reconsideration are disfavored. LCR 7(h)(1). The Court shares Defendants' concerns about Plaintiff's representations to this Court. The Court further appreciates the matter being brought to the Court's attention. However, the Court does not believe that it or the parties will benefit from continued actions at this time in an otherwise expiring case.

Accordingly, Gold Bar Defendants' Motion for Reconsideration Regarding Minute Order Granting Extension of Time (Dkt. #222) is DENIED.

Dated this 20th day of June 2019.

WILLIAM McCOOL, Clerk

By: /s/ Paula McNabb
Deputy Clerk

ORDER – 2