The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANNE BLOCK, an individual<br><br>Plaintiff,<br><br>vs.<br><br>WASHINGTON STATE BAR ASSOCIATION, et al.,<br><br>Defendants. | NO. 15-CV-2018 RSM<br><br>SNOHOMISH COUNTY DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO SET ASIDE FINAL DECISION |

**A. Plaintiff's Motion to Set Aside the Vexatious Litigant Order Is Meritless.**

Anne Block's febrile imagination has conjured up yet another conspiratorial rabbit hole for our consideration. This time she asks the court to set aside the vexatious litigant order entered against her on December 13, 2019. Ms. Block bases her motion on her allegation that on January 14, 2020, 30 days after the order was entered, the Honorable Ricardo Martinez called Snohomish County Deputy Prosecuting Attorney Joseph Genster and engaged in an improper *ex parte* communication. She requests that "Judge Ricardo Martinez and Joseph Guenster [sic] put on the record the substance of their ex parte conversation." Dkt. 239 at 1. There is no substance to put on the record because there was no conversation between Judge

SNOHOMISH COUNTY DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO SET ASIDE FINAL DECISION - 1
(15-CV-2018 RSM)

SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

Martinez and DPA Genster on January 14, 2020 or any other time.  *See* Declaration of Joseph B. Genster dated September 17, 2020. *Id* at ¶ 2.

DPA Genster has never had any *ex parte* communication with Judge Martinez concerning Ms. Block.  He cannot recall ever meeting Judge Martinez in either a professional or social capacity.  *Id.*  DPA Genster did receive a call from a woman at the USDC for the Western District of Washington concerning a request to obtain a transcript from a summary judgment hearing in a case in which Ms. Block was not a party.  The call did not involve Ms. Block. *Id* at ¶ 3.

The call DPA Genster received on January 14, 2020 was from 206-370-8999.  Ms. Block claims that is Judge Martinez's number because a website she visited indicates Judge Martinez is a "Possible owner" of that phone number.  Ms. Block's reliance on the website is misplaced as the website for the USDC for the Western District of Washington provides three phone numbers for Judge Martinez and his staff:  206-370-8880, 206-370-8521, and 206-370-8456.  Ms. Block apparently never thought to look at the court's website.  In sum, Ms. Block's motion to set aside the vexatious litigant order is meritless and should be denied.

### B. The Motion to Disqualify Judge Martinez Should be Denied.

Ms. Block's two previous motions to disqualify Judge Martinez were denied, as was her motion to disqualify Judge Leighton.  Her third attempt to disqualify Judge Martinez is based on the false claim that he participated in *ex parte* communications with DPA Genster.  Ms. Block has once again failed to provide any basis for disqualification, and accordingly, the motion to disqualify should be denied.

SNOHOMISH COUNTY DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO SET ASIDE FINAL DECISION - 2
(15-CV-2018 RSM)

**SNOHOMISH COUNTY
PROSECUTING ATTORNEY - CIVIL DIVISION
Robert J. Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333

DATED this 17th day of September, 2020.

        ADAM CORNELL
        Snohomish County Prosecuting Attorney

        By:  *s/Joseph B. Genster*
        Joseph B. Genster, WSBA #14968
        Deputy Prosecuting Attorney
        Snohomish County Prosecuting Attorney
        Civil Division
        3000 Rockefeller Ave., M/S 504
        Everett, Washington 98201
        (425) 388-6330 / Fax: (425) 388-6333
        jgenster@snoco.org

*Attorney for Snohomish County, Mark Roe, Sean Reay, Sara DiVittorio, John Pennington, Brian Lewis, Seth Fine, Geoffrey Gibbs and John Lovick.*

SNOHOMISH COUNTY DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO SET ASIDE FINAL DECISION - 3
(15-CV-2018 RSM)

**SNOHOMISH COUNTY**
**PROSECUTING ATTORNEY - CIVIL DIVISION**
**Robert J. Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON 98201-4060
(425)388-6330/FAX: (425)388-6333

1-27 in left margin

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2020, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all registered parties.

DATED this 17th day of September, 2020 at Everett, Washington.

/s/ *Teresa Kranz*
Teresa Kranz, Legal Assistant

SNOHOMISH COUNTY DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION TO SET ASIDE FINAL DECISION - 4
(15-CV-2018 RSM)

**SNOHOMISH COUNTY**
**PROSECUTING ATTORNEY - CIVIL DIVISION**
**Robert J. Drewel Bldg., 8th Floor, M/S 504**
3000 Rockefeller Ave
EVERETT, WASHINGTON  98201-4060
(425)388-6330/FAX: (425)388-6333